# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,　　　:　No. 171 MM 2020

　　　　　　　　Respondent　　　　　　:

　　　　　　　　　v.　　　　　　　　　:

JUDITH AMANDA HAZEN,　　　　　　　　:

　　　　　　　　Petitioner　　　　　　:

## ORDER

**PER CURIAM**

　　　**AND NOW**, this 9th day of March, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.